**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

GAEA, LLC,

       Plaintiff,

v.

META PLATFORMS, INC.,

       Defendant.

CIVIL ACTION NO. _____

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Gaea, LLC ("Gaea" or "Plaintiff"), for its Complaint against Defendant Meta Platforms, Inc. ("Meta" or "Defendant"), alleges as follows:

## PARTIES

1.     Plaintiff Gaea, LLC is a limited liability company organized under the laws of Colorado, with its principal place of business at 8374 Greenwood Dr., Niwot, CO 80503.

2.     Defendant Meta Platforms, Inc. is a Delaware corporation with its principal place of business at 1 Meta Way, Menlo Park, California 94025. Meta may be served through its registered agent for service of process in Delaware.

## JURISDICTION AND VENUE

3.     This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 et seq., including 35 U.S.C. § 271.

4.     This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

1

5.      Meta is subject to this Court's personal jurisdiction because it conducts substantial, continuous, and systematic business in Texas and in this District; directs its services to users located in this District; and operates major corporate facilities in this District.

6.      Venue is proper in this District under 28 U.S.C. § 1400(b). Meta has committed acts of infringement in this District and maintains regular and established places of business in this District, including its Fort Worth, Texas data-center campus, located at 4500 Like Way, Fort Worth, TX 76177.

7.      Meta's data center located in this District contains tens of thousands of Meta-owned servers running Meta's core caching, storage, social-graph, video, image, ranking, CDN, and machine-learning infrastructure. This facility is a permanent, physical Meta campus that operates on a continuous basis with Meta staff and contractors on site.

8.      Meta deploys and operates the Accused Instrumentalities—CacheLib-based storage and caching apparatuses—on servers located at its data-center campus in this District. The infringing acts described herein occur within the Northern District of Texas.

## THE PATENTS-IN-SUIT

9.      Gaea is the owner by assignment of all right, title, and interest in and to United States Patent No. 10,776,023 (the "'023 Patent"), including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages. A true and correct copy of the '023 Patent is attached as Exhibit 1.

10.     Gaea is the owner by assignment of all right, title, and interest in and to United States Patent No. 11,327,669 (the "'669 Patent"), including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages. A true and correct copy of the '669 Patent is attached as Exhibit 2.

11. Gaea is the owner by assignment of all right, title, and interest in and to United States Patent No. 11,907,553 (the "'553 Patent"), including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages. A true and correct copy of the '553 Patent is attached as Exhibit 3.

12. Gaea is the owner by assignment of all right, title, and interest in and to United States Patent No. 12,265,715 (the "'715 Patent"), including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages. A true and correct copy of the '715 Patent is attached as Exhibit 4.

13. Gaea is owned and controlled by Joshua Johnson, Curt Bruner, Jeffrey Reh, Christopher Squires, and Brian Wilson, the inventors of the Patents-in-Suit.

14. The '023 Patent includes representative claim 1, which recites an apparatus comprising storage media and a device controller configured to receive a storage device policy indicating a recording method from a host, store content according to the policy, record storage information including a content identifier associated with the content, receive a request for the stored content, retrieve the storage information associated with the content upon the request, recover stored content based on the storage information, and return the requested content to the host.

15. The '669 Patent includes representative claim 1, which recites an apparatus including a storage device and a device controller with memory storing an application configured to receive a storage device policy, receive a storage request comprising content, store the content according to the policy, record storage information including a content identifier, receive a later content request, retrieve the storage information, recover the content according to that information, and return the content.

16.     The '553 Patent includes representative claim 9, which recites an apparatus including solid-state memory, device memory, a programmable processor, and a device controller, with an application that receives a storage request comprising content and a storage device policy, processes the content for storage based on the policy, transfers the content to the device controller, and stores the content on the solid-state memory.

17.     The '715 Patent includes representative claim 11, which recites a method of operating a solid-state drive by processing content based on a storage policy in response to a storage request, storing the processed content on solid-state memory, reading requested content in response to a read request, processing the requested content for transfer based on the storage policy, and transferring the requested content.

18.     The Patents-in-Suit are valid and enforceable under the United States Patent Laws.

## FACTUAL BACKGROUND

13.     Meta operates a proprietary, general-purpose caching and storage engine known as CacheLib. Meta publicly describes CacheLib as a general-purpose caching engine that is deployed in production and powers over 70 internal Meta services/systems.[1]

14.     CacheLib is a C++ caching engine library included in software used across Meta's infrastructure, including Facebook's content delivery network (CDN), social-graph cache, application look-aside cache, and block-storage system, and look-aside key-value caching workloads.[2]

15.     CacheLib-enabled software uses Solid State Drives (SSD) for long-term storage, including NVMe Solid State Drives (SSD). The CacheLib library includes logic that generates or

---

[1] https://cachelib.org/learnmore/
[2] https://cachelib.org/learnmore/ and https://engineering.fb.com/2021/09/02/core-infra/cachelib/

uses storage policies managing the placement of write data in the SSD tier, controls the write and read paths to the SSD tier including content, content identifiers, and placement directives, and requests or retrieves content based on those identifiers.

16.     Meta's operation of these CacheLib-based systems satisfies every limitation of at least representative claims of the Patents-in-Suit.

## COUNT I

### Infringement of U.S. Patent No. 10,776,023

17.     Gaea repeats and incorporates by reference each preceding allegation.

18.     Meta has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims, including at least claim 1, of the '023 Patent in violation of 35 U.S.C. § 271, *et seq*, by making, using, operating, offering for sale, and/or importing apparatuses that practice each element of the claim, including but not limited to all software services running on a host server that use the CacheLib C++ library.

19.     Claim 1 of the '023 patent provides:

[Preamble] An apparatus comprising:

[1A] a storage media;

[1B] a device controller operatively coupled with the storage media configured to at least:

[1C] receive, from a host, at least one storage device policy, wherein the at least one storage device policy indicates at least a recording method for writing content to the storage media;

[1D] receive a storage request, from the host, to store content;

[1E] store the content on the storage media by utilizing the recording method indicated by the at least one storage device policy;

[1F] record storage information for the content on a memory of the device controller, comprising at least a content identifier for the content;

[1G] subsequent to storing the content, receive a content request for the content, comprising at least the content identifier for the content;

[1H] in response to the content request, retrieve from the memory of the device controller, the storage information for the content;

[1I] recover the content from the storage media, at least in part according to the storage information; and

[1J] respond to the content request at least by returning the content to the host.

20.    On information and belief, Meta's CacheLib-based infrastructure includes Solid State Drives, which use solid-state flash memory (storage media) and a controller to operate the flash memory (device controller). The device controller receives software implementing recording policies from a host server, receives store requests from a CacheLib instance including content, a content identifier, and metadata used by the device controller software to determine the policy to be used, stores the content per that policy, records storage mapping information, later receives content read requests from the CacheLib instance, retrieves the mapping information for the requested read content, recovers the requested content from the flash memory, and returns the requested read content to the CacheLib instance running on the host server. Accordingly, as demonstrated in detail below, the Accused Instrumentalities meet every element of claim 1 of the '023 patent.

21.    To the extent the [Preamble], "An apparatus," is determined to be limiting, the Accused Instrumentalities include, at least, the Solid State Drive (SSD) storage apparatuses used as long-term storage by CacheLib HybridCache as an SSD tier in those deployments.[3] Those SSD apparatuses include solid-state flash memory devices (storage media) and a device controller to operate that flash memory (device controller).[4] The device controller includes a processor

---

[3] See, Exh. 5.
[4] See, Exh. 6.

executing firmware which controls the storage media, such as the Flash Translation Layer (FTL) used to implement read and write requests to the storage media.[5] Those SSD apparatuses are operated in response to CacheLib-enabled firmware running on the host server issuing read and write requests.[6] Accordingly, if the Preamble is determined to be limiting, the Accused Instrumentalities meet the limitation.

22.    Claim limitation [1A] requires a "storage media." The Accused Instrumentalities include storage media, such as Non Volatile Memory (NVM) devices used by the HybridCache component of the CacheLib library.[7] The HybridCache component extends the cache size using a smaller DRAM footprint and lower cost by using NVM via the SSD-optimized "Navy" engine, so transparently caching objects in NVM as part of the CacheLib stack.[8] Those SSDs provide the claimed *storage media* because they include NVM devices in which to store data.[9] Accordingly, this claim limitation is met.

23.    Claim limitation [1B] requires "a device controller operatively coupled with the storage media." The Accused Instrumentalities include a device controller in those SSDs used to manage read and write requests to the coupled NVM devices of the SSDs.[10] Accordingly, this claim limitation is met.

24.    Claim limitation [1C] requires that the "device controller" of claim limitation [1B] "receive, from a host, at least one storage device policy, wherein the at least one storage device policy indicates at least a recording method for writing content to the storage media." The FTL

---

[5] See, Exhs. 6 & 7.
[6] See, Exhs. 8 & 9.
[7] See, Exh. 10.
[8] See, Exh. 11.
[9] See, Exh. 6.
[10] See, Exhs. 6 & 12.

software functions running on the device controllers of the Accused Instrumentalities are downloaded from a host server and subsequently configured by the host server.[11] Included in the FTL software running on the device controller are configurable data placement functions which include support for Flexible Data Placement (FDP) as defined in the NVMe standard.[12] In CacheLib instances, policies are provided for governing how data is written to an NVM, including device configuration and data placement based on cache access behaviors.[13] For example, the CacheLib library distinguishes write patterns for small, random objects, and large, sequential objects, by using flexible logical regions that govern how content is written to the SSD tier.[14] An identifier indicating the logical region for each write is supplied by the CacheLib instance running on the host server using the NVMe interface protocols, and is received by the device controller.[15] Once received, the logical region directs the FTL software policy to determine how and where to store the write data in the NVM.[16] Accordingly, this claim limitation is met.

25.     Claim limitation [1D] further requires the "device controller" of claim limitation [1B] to "receive a storage request, from the host, to store content." A CacheLib instance issues requests to store content into an NVM via the HybridCache component operations.[17] The storage request from HybridCache component running on a host server is received by the SSD tier and the device controllers of the Accused Instrumentalities.[18] Accordingly, this claim limitation is met.

---

[11] See, Exhs. 12, 13, 14, & 15.
[12] See, Exhs. 16 & 17.
[13] See, Exhs. 17 & 18.
[14] See, Exhs. 18, 19, 20.
[15] See, Exhs. 6, 9, & 15.
[16] See, Exhs. 10, 11, & 21.
[17] See, Exhs. 9, 10, 11, & 18.
[18] See, Exh. 9.

26.     Claim limitation [1E] requires that the apparatus "store the content on the storage media by utilizing the recording method indicated by the at least one storage device policy." The FTL software running on the device controllers of the Accused Instrumentalities store content in the coupled NVM devices using the FDP placement functions and received logical region identifiers in order to implement the policies configured in a CacheLib instance, such as segregating different writes within the NVM.[19] Accordingly, this claim limitation is met.

27.     Claim limitation [1F] requires that the apparatus "record storage information for the content on a memory of the device controller, comprising at least a content identifier for the content." The FTL software running on the device controllers of the Accused Instrumentalities stores a logical to physical address mapping.[20] The logical address is a unique host-visible identifier associated with write data.[21] The physical address of write data in the coupled NVM is determined by the FTL according to data placement, bad blocks, garbage collection, wear-levelling etc.[22] Once determined, the logical to physical mapping is stored by the SSD device controller.[23] Accordingly, this claim limitation is met.

28.     Claim 1[G] requires that "subsequent to storing the content, receive a content request for the content, comprising at least the content identifier for the content." In the Accused Instrumentalities, subsequent content-read requests include the logical address identifier used to store the content.[24] The storage request from HybridCache component running on a host server is

---

[19] See, Exhs. 10 & 18.
[20] See, Exhs. 6, 7, 12.
[21] See, Exhs. 6, 9, 22.
[22] See, Exhs. 7 & 12.
[23] See, Exhs. 7 & 12.
[24] See, Exhs. 6, 14, & 15.

received by the SSD tier and so the device controllers of the Accused Instrumentalities.[25] Accordingly, this clam limitation is met.

29.    Claim limitation [1H] requires that "in response to the content request, retrieve from the memory of the device controller, the storage information for the content." In the Accused Instrumentalities, in responding to read requests, the device controller retrieves the stored logical to physical mapping.[26] Accordingly, this claim limitation is met.

30.    Claim limitation [1I] requires that the apparatus "recover the content from the storage media, at least in part according to the storage information." In the Accused Instrumentalities, the device controller retrieves the stored logical to physical mapping and uses the logical address in the read request from the CacheLib instance to determine the physical address for the requested content.[27] The requested content from the coupled NVM is recovered using the determined physical address from the mapping.[28] Accordingly, this claim limitation is met.

31.    Claim limitation [1J] requires that the apparatus "respond to the content request at least by returning the content to the host." In the Accused Instrumentalities, after recovering the content from the coupled NVM devices as requested by the CacheLib instance, the SSD returns the recovered data to the host server, which directs the content to the CacheLib instance that made the read request.[29] Accordingly, this claim limitation is met.

32.    As demonstrated, Meta has directly infringed and continues to directly infringe one or more claims of the '023 Patent, including at least representative claim 1, in violation of 35

---

[25] See, Exh. 8.
[26] See, Exhs. 7, 12, & 14.
[27] See, Exhs. 7, 12, & 14.
[28] See, Exhs. 6, 7, 12, & 14.
[29] See, Exhs. 8 & 16.

U.S.C. §§ 271(a) by, without authority, making, using, offering for sale, and/or selling the Accused Instrumentalities within the United States.

33. Meta's infringing activities have and continue to be without authority or license under the '023 Patent.

34. On information and belief, despite notice of the '023 Patent, Meta has and continues to infringe the '023 Patent.

35. Gaea has and continues to suffer damages as a direct and proximate result of Meta's direct infringement of the '023 Patent.

<u>**COUNT II**</u>

**Infringement of U.S. Patent No. 11,327,669**

36. Gaea repeats and incorporates by reference each preceding allegation.

37. Meta has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims, including at least claim 1, of the '669 Patent in violation of 35 U.S.C. § 271, *et seq*, by making, using, operating, offering for sale, and/or importing apparatuses that practice each element of the claim, including but not limited to all firmware services running on a host server that use the CacheLib C++ library.

38. Claim 1 of the '669 patent provides:

[Preamble] An apparatus comprising:

[1A] a storage device;

[1B] a device controller operatively coupled with the storage device, comprising a memory;

[1C] an application stored on the memory and comprising instructions that, when executed, direct the device controller to at least:

[1D] receive a storage device policy;

[1E] receive a storage request, comprising content;

11

[1F] store the content on the storage device according to the storage device policy;

[1G] record storage information for the content on the memory, comprising at least a content identifier for the content;

[1H] subsequent to storing the content, receive a content request for the content, comprising at least the content identifier for the content;

[1I] in response to the content request, retrieve storage information for the content;

[1J] recover the content, at least in part according to the storage information; and

[1K] respond to the content request at least by returning the content.

39.     On information and belief, Meta's CacheLib-based infrastructure includes Solid State Drives, which use solid-state flash memory and a controller to operate the flash memory (device controller). The device controller runs a firmware application implementing storage policies from a host server, receives store requests from a CacheLib instance including content, a content identifier, and metadata used by the device controller firmware to determine the policy to be used, stores the content per that policy, records storage mapping information, later receives content read requests from the CacheLib instance, retrieves the mapping information for the requested read content, recovers the requested content from the flash memory, and returns the requested read content to the CacheLib instance running on the host server. Accordingly, as demonstrated in detail below, the Accused Instrumentalities meet every element of claim 1 of the '669 patent.

40.     To the extent the [Preamble], "An apparatus," is determined to be limiting, the Accused Instrumentalities include, at least, the Solid State Drive (SSD) storage apparatuses used as long-term storage by CacheLib HybridCache as an SSD tier in those deployments.[30] Those SSD apparatuses include solid-state flash memory devices (storage media) and a device controller to

---

[30] See, Exh. 5.

12

operate that flash memory (device controller).[31] The device controller includes a processor executing firmware which controls the storage media, such as the Flash Translation Layer (FTL) used to implement read and write requests to the storage media.[32] Those SSD apparatuses are operated in response to CacheLib-enabled firmware running on the host server issuing read and write requests.[33] Accordingly, if the Preamble is determined to be limiting, the Accused Instrumentalities meet the limitation.

41.     Claim limitation [1A] requires a "storage device." The Accused Instrumentalities include storage devices, such as Non Volatile Memory (NVM) integrated circuits (IC) used by the HybridCache component of the CacheLib library.[34] The HybridCache component extends the cache size using a smaller DRAM footprint and lower cost by using NVM via the SSD-optimized "Navy" engine, so transparently caching objects in NVM as part of the CacheLib stack.[35] Those SSDs provide the claimed *storage device* because they include NVM ICs in which to store data.[36] Accordingly, this claim limitation is met.

42.     Claim limitation [1B] requires "a device controller operatively coupled with the storage device, comprising a memory." The Accused Instrumentalities include a device controller in those SSDs used to manage read and write requests to the coupled NVM devices of the SSD.[37] The device controller includes a processor running firmware stored in a program memory on the device controller.[38] Accordingly, this claim limitation is met.

---

[31] See, Exh. 6.
[32] See, Exhs. 6 & 7.
[33] See, Exhs. 8 & 9.
[34] See, Exh. 10.
[35] See, Exh. 11.
[36] See, Exh. 6.
[37] See, Exhs. 6 & 12.
[38] See, Exhs. 14 & 15.

43.     Claim limitation [1C] requires that the "device controller memory" of claim limitation [1B] stores an "application… comprising instructions that, when executed, direct the device controller to at least:" The device controller of the Accused Instrumentalities includes a CPU which executes FTL firmware functions, comprising CPU instructions, fetched from stored firmware/firmware on the device controller.[39] Accordingly, this claim limitation is met.

44.     Claim limitation [1D] requires that the "application" of claim limitation [1C] "receive a storage device policy." The FTL firmware functions running on the device controllers of the Accused Instrumentalities are downloaded as firmware from a host server and subsequently configured by the host server.[40] Included in the FTL firmware running on the device controller are configurable data placement functions which include support for Flexible Data Placement (FDP) as defined in the NVMe standard.[41] In CacheLib instances, policies are provided for governing how data is written to an NVM, including device configuration and data placement based on cache access behaviors.[42] For example, the CacheLib library distinguishes write patterns for small, random objects, and large, sequential objects, by using flexible logical regions that govern how content is written to the SSD tier.[43] An identifier indicating the logical region for each write is supplied by the CacheLib instance running on the host server using the NVMe interface protocols, and is received by the application running on the device controller.[44] Once received, the logical region directs the FTL firmware policy to determine how and where to store the write data in the NVM.[45] Accordingly, this claim limitation is met.

---

[39] See, Exhs. 14 & 15.
[40] See, Exhs. 12, 13, 14, & 15.
[41] See, Exhs. 16 & 17.
[42] See, Exhs. 17 & 18.
[43] See, Exhs. 18, 19, & 20.
[44] See, Exhs. 6, 9, & 15.
[45] See, Exhs. 10, 11, & 21.

45.     Claim limitation [1E] further requires the "device controller" of claim limitation [1B] to "receive a storage request, comprising content." A CacheLib instance issues requests to store content into an NVM via the HybridCache component operations.[46] The storage request from HybridCache component running on a host server is received by the SSD tier and the device controllers of the Accused Instrumentalities.[47] Accordingly, this claim limitation is met.

46.     Claim limitation [1F] requires that the apparatus "store the content on the storage device according to the storage device policy." The FTL firmware running on the device controllers of the Accused Instrumentalities causes the content to be stored in the coupled NVM ICs using the FDP placement functions and received logical region identifiers in order to implement the policies configured in a CacheLib instance, such as segregating different writes within the NVM.[48] Accordingly, this claim limitation is met.

47.     Claim limitation [1G] requires that the apparatus "record storage information for the content on the memory comprising at least a content identifier for the content." The FTL firmware/firmware running on the device controllers of the Accused Instrumentalities stores a logical to physical address mapping.[49] The logical address is a unique host-visible identifier associated with write data.[50] The physical address of write data in the coupled NVM is determined by the FTL according to data placement, bad blocks, garbage collection, wear-levelling etc.[51] Once determined, the logical to physical mapping is stored by the SSD device controller.[52] Accordingly, this claim limitation is met.

---

[46] See, Exhs. 9, 10, 11, & 18.
[47] See, Exh. 9.
[48] See, Exhs. 10 & 18.
[49] See, Exhs. 6, 7, & 12.
[50] See, Exhs. 6, 9, & 22.
[51] See, Exhs. 7 & 12.
[52] See, Exhs. 7 & 12.

48.     Claim [1H] requires that "subsequent to storing the content, receive a content request for the content, comprising at least the content identifier for the content." In the Accused Instrumentalities, subsequent content-read requests include the logical address identifier used to store the content.[53] The storage request from HybridCache component running on a host server is received by the SSD tier and so the device controllers of the Accused Instrumentalities.[54] Accordingly, this clam limitation is met.

49.     Claim limitation [1I] requires that "in response to the content request retrieve storage information for the content." In the Accused Instrumentalities, in responding to read requests, the device controller retrieves the stored logical to physical mapping.[55] Accordingly, this claim limitation is met.

50.     Claim limitation [1J] requires that the apparatus "recover the content from the storage media, at least in part according to the storage information." In the Accused Instrumentalities, the device controller retrieves the stored logical to physical mapping and uses the logical address in the read request from the CacheLib instance to determine the physical address for the requested content.[56] The requested content from the coupled NVM is recovered using the determined physical address from the mapping.[57] Accordingly, this claim limitation is met.

51.     Claim limitation [1K] requires that the apparatus "respond to the content request at least by returning the content." In the Accused Instrumentalities, after recovering the content from the coupled NVM devices as requested by the CacheLib instance, the SSD returns the recovered

[53] See, Exhs. 6, 14, & 15.
[54] See, Exh. 8.
[55] See, Exhs. 7, 12, & 14.
[56] See, Exhs. 7, 14, & 22.
[57] See, Exhs. 6, 7, 12, & 14.

data to the host server, which directs the content to the CacheLib instance that made the read request.[58] Accordingly, this claim limitation is met.

52.    As demonstrated, Meta has directly infringed and continues to directly infringe one or more claims of the '669 Patent, including at least representative claim 1, in violation of 35 U.S.C. §§ 271(a) by, without authority, making, using, offering for sale, and/or selling the Accused Instrumentalities within the United States.

53.    Meta's infringing activities have and continue to be without authority or license under the '669 Patent.

54.    On information and belief, despite notice of the '669 Patent, Meta has and continues to infringe the '669 Patent.

55.    Gaea has and continues to suffer damages as a direct and proximate result of Meta's direct infringement of the '669 Patent.

## COUNT III

### Infringement of U.S. Patent No. 11,907,553

56.    Gaea repeats and incorporates by reference each preceding allegation.

57.    Meta has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims, including at least claim 9, of the '553 Patent in violation of 35 U.S.C. § 271, *et seq*, by making, using, operating, offering for sale, and/or importing apparatuses that practice each element of the claim, including but not limited to all software services running on a host server that use the CacheLib C++ library.

58.    Claim 9 of the '553 patent provides:

---

[58] See, Exhs. 8 & 16.

17

[Preamble] An apparatus comprising:

[9A] a solid state memory;

[9B] a device memory;

[9C] a programmable processor operatively coupled to the device memory;

[9D] a device controller operatively coupled with the solid-state memory and the programmable processor; and

[9E] an application stored on the device memory and comprising instructions that, when executed by the programmable processor, direct the programmable processor to at least:

[9F] receive a storage request comprising content and a storage device policy;

[9G] in response to receiving the storage request and the storage device policy, process the content for storage based on the storage device policy; and

[9H] transfer the content to the device controller; and

[9I] the device controller configured to: receive the content from the programmable processor and store the content on the solid-state memory.

59.     On information and belief, Meta's CacheLib-based infrastructure includes Solid State Drives, which use solid-state flash memory and a controller Integrated Circuit (IC) to operate the solid-state memory. The controller IC includes a processor, memory and an I/O block (device controller) to control reading and writing data to solid-state memory. The controller IC application, when executing, receives store requests from a CacheLib instance that includes content, a logical region and SSD configuration values used by the firmware to determine the write storage policy to be used, processes the content per that policy, transfers the processed content to the device controller, and stores the content on the solid-state memory. Accordingly, as demonstrated in detail below, the Accused Instrumentalities meet every element of claim 9 of the '553 patent.

60.     To the extent the [Preamble], "An apparatus," is determined to be limiting, the Accused Instrumentalities include, at least, the Solid State Drive (SSD) storage apparatuses used

as long-term storage by CacheLib HybridCache as an SSD tier in those deployments.[59] Those SSD apparatuses include solid-state flash memory devices and a controller IC to operate that flash memory.[60] The controller IC includes a processor running firmware which controls the storage media, such as the Flash Translation Layer (FTL) used to implement read and write requests to the storage media.[61] Those SSD apparatuses are operated in response to CacheLib-enabled software running on the host server issuing write requests.[62] Accordingly, if the Preamble is determined to be limiting, the Accused Instrumentalities meet the limitation.

61.    Claim limitation [9A] requires a "solid-state memory." The SSDs of the Accused Instrumentalities include storage devices, such as Non Volatile Memory (NVM) ICs used by the HybridCache component of the CacheLib library.[63] The HybridCache component extends the cache size using a smaller DRAM footprint and lower cost by using NVM via the SSD-optimized "Navy" engine, so transparently caching objects in NVM as part of the CacheLib stack.[64] Those SSDs provide the claimed *solid-state memory* because they include NVM ICs in which to store data.[65] Accordingly, this claim limitation is met.

62.    Claim limitation [9B] requires "a device memory." The Accused Instrumentalities include a controller IC in those SSDs used to manage read and write requests to the coupled NVM devices of the SSDs.[66] The controller IC includes a processor running firmware from a program store and configuration registers (memory).[67] Accordingly, this claim limitation is met.

---

[59] See, Exh. 5.
[60] See, Exh. 6.
[61] See, Exhs. 6 & 7.
[62] See, Exh. 9.
[63] See, Exh. 10.
[64] See, Exh. 11.
[65] See, Exh. 6.
[66] See, Exh. 12.
[67] See, Exhs. 6, 13, & 23.

63.     Claim limitation [9C] requires "a programmable processor operatively coupled to the device memory." The Accused Instrumentalities include a controller IC in those SSDs used to manage read and write requests to the coupled NVM devices of the SSDs.[68] The controller IC includes a CPU (processor) running firmware from a program store and configuration registers (memory).[69] Accordingly, this claim limitation is met.

64.     Claim limitation [9D] requires "a device controller operatively coupled with the solid-state memory and the programmable processor." The Accused Instrumentalities include a controller IC in those SSDs used to manage read and write requests to the coupled NVM devices of the SSDs.[70] The controller IC includes an I/O block used to control the solid-state memory ICs (device controller).[71] Accordingly, this claim limitation is met.

65.     Claim limitation [9E] requires that the "device memory" of claim limitation [9B] stores an "application… comprising instructions that, when executed by the programmable processor, direct the device controller to at least:" The controller IC of the Accused Instrumentalities includes a CPU which executes stored firmware, comprising CPU instructions, fetched from the on-chip program store, a component of the "device memory" of claim limitation [9B].[72] Accordingly, this claim limitation is met.

66.     Claim limitation [9F] requires that the "application" of claim limitation [9E] "receive a storage request comprising content…" A store content request in a Flexible Data Placement (FDP) region made by a CacheLib instance via the HybridCache component operations

---

[68] See, Exh. 5.
[69] See, Exhs. 6 & 23.
[70] See, Exhs. 6 & 12.
[71] See, Exhs. 6, 14, & 15.
[72] See, Exhs. 14 & 15.

is made based on the NVMe standard write command.[73] The NVMe write command to the controller IC includes the data to be written (content), a unique identifier associated with the content, and an indication of a logical FDP region to use.[74] The NVMe write command is received by the application of claim limitation [9E]. Accordingly, this claim limitation is met.

67.    Claim limitation [9F] requires that the "application" of claim limitation [9E] "receive a storage request comprising… a storage device policy" A write storage policy indicates where and how to store content in the Accused Instrumentalities SSDs. Subsequently, a write storage policy includes how to generate a physical location in the requested logical FDP region (where) and an indication of whether to encrypt the content on the SSD (how).[75] The destination physical location for the content on the solid-state memory is generated based on the FDP placement firmware function and the received indication of the logical region to use. The encrypt indication is stored in a configuration register, is read (received) by the firmware application. Accordingly, this claim limitation is met.

68.    Claim limitation [9G] requires that the "application" of claim limitation [9E] "in response to receiving the storage request and the storage device policy, process the content for storage based on the storage device policy." The firmware application moves the content to the controller IC encrypt/decrypt block for encryption (processing) based on the configuration received as part of the write storage policy.[76] Accordingly, this claim limitation is met.

69.    Claim limitation [9H] further requires that the "application" of claim limitation [9E] "transfer the content to the device controller." Subsequent to encrypting the content of claim

---

[73] See, Exhs. 9 & 16.
[74] See, Exh. 16.
[75] See, Exhs. 12 & 13.
[76] See, Exhs. 6, 13, 14, 15, & 23.

limitation [9F], the processed content is moved by the firmware application to the I/O block of the controller IC (device controller).[77] Accordingly, this claim limitation is met.

70.    Claim [9I] requires that "device controller" of claim limitation [9G] is configured to "receive the content from the programmable processor and store the content on the solid-state memory." In the Accused Instrumentalities, the I/O block of the controller IC (device controller) receives the processed content and physical write address, storing the content in the solid-state memory at the physical write address.[78] Accordingly, this claim limitation is met.

71.    As demonstrated, Meta has directly infringed and continues to directly infringe one or more claims of the '553 Patent, including at least representative claim 9, in violation of 35 U.S.C. §§ 271(a) by, without authority, making, using, offering for sale, and/or selling the Accused Instrumentalities within the United States.

72.    Meta's infringing activities have and continue to be without authority or license under the '553 Patent.

73.    On information and belief, despite notice of the '553 Patent, Meta has and continues to infringe the '553 Patent.

74.    Gaea has and continues to suffer damages as a direct and proximate result of Meta's direct infringement of the '553 Patent.

**COUNT IV**

**Infringement of U.S. Patent No. 12,265,715**

75.    Gaea repeats and incorporates by reference each preceding allegation.

---

[77] See, Exhs. 14 & 15.
[78] See, Exh. 18.

76.      Meta has infringed and continues to infringe, either literally or under the doctrine of equivalents, one or more claims, including at least claim 11, of the '715 Patent in violation of 35 U.S.C. § 271, *et seq*, by making, using, operating, offering for sale, and/or importing apparatuses that practice each element of the claim, including but not limited to all software services running on a host server that use the CacheLib C++ library.

77.      Claim 11 of the '715 patent provides:

[Preamble] A method of operating a solid-state drive, the method comprising:

[11A] in response to a storage request comprising content, processing the content based on a storage policy;

[11B] storing the processed content on the solid-state memory;

[11C] in response to a read request, reading requested content from the solid-state memory;

[11D] processing the requested content for transfer based on the storage policy; and

[11E] transferring the requested content.

78.      On information and belief, Meta's CacheLib-based infrastructure includes Solid State Drives, which use solid-state flash memory and a controller Integrated Circuit (IC) to operate the solid-state memory. The controller IC includes a processor, memory and an I/O block (device controller) to control reading and writing data to solid-state memory. The controller IC application, when executing, receives store requests from a CacheLib instance that includes content, a logical region and SSD configuration values used by the firmware to determine the write storage policy to be used, processes the content per that policy, stores the content on the solid-state memory, and, in response to a read request, read the stored content, processes the content per that policy,  and transferring the requested content. Accordingly, as demonstrated in detail below, the Accused Instrumentalities meet every element of claim 11 of the '715 patent.

79.     Claim limitation [11A] requires a "in response to a storage request comprising content..." A store content request in a Flexible Data Placement (FDP) region made by a CacheLib instance via the HybridCache component operations is made based on the NVMe standard write command.[79] The NVMe write command to the controller IC includes the data to be written (content), a unique identifier associated with the content, and an indication of a logical FDP region to use.[80] Accordingly, this claim limitation is met.

80.     Claim limitation [11A] further requires "…based on a storage policy." A storage policy indicates where and how to store content in, and, how to read from, the Accused Instrumentalities SSDs. Subsequently, a storage policy includes how to generate a physical location in the requested logical FDP region (where) and an indication of whether to encrypt the content on the SSD (how). The destination physical location for the content on the solid-state memory is generated based on an FDP placement firmware function and the indication from the CacheLib instance for the logical region to use.[81] The encrypt indication is stored in a configuration register. Accordingly, this claim limitation is met.

81.     Claim limitation [11A] additionally requires "…processing the content based on a storage policy." The firmware moves the requested content to the controller IC encrypt/decrypt block for encryption (processing) based on the configuration in the storage policy.[82] Accordingly, this claim limitation is met.

82.     Claim limitation [11B] requires "storing the processed content on the solid-state memory." The I/O block of the controller IC uses the encrypted content and the destination

---

[79] See, Exhs. 5, 16, 17, & 18.
[80] See, Exh. 16.
[81] See, Exhs. 13 & 17.
[82] See, Exhs. 6, 13, 14, 15, & 23.

physical location generated based on the storage policy to store the content in the solid-state memory at the physical write address.[83] Accordingly, this claim limitation is met.

83.     Claim limitation [11C] requires "in response to a read request, reading requested content from the solid-state memory." A read content request in an Flexible Data Placement (FDP) region made by a CacheLib instance via the HybridCache component operations is made based on the NVMe standard read command.[84] The NVMe read command to the controller IC of the Accused Instrumentalities includes the unique identifier associated with the content. The controller IC performs a translation of the unique identifier to a physical address.[85] The I/O block of the controller IC uses the translated physical address to read the content from the solid-state memory.[86] Accordingly, this claim limitation is met

84.     Claim limitation [11D] requires "processing the requested content for transfer based on the storage policy." The firmware executing on the controller IC moves the read content to the controller IC encrypt/decrypt block for decryption (processing) based on the configuration in the storage policy.[87] Accordingly, this claim limitation is met.

85.     Claim limitation [11E] requires "transferring the requested content." The result of the NVMe read command is returned to the CacheLib instance.[88] Accordingly, this claim limitation is met.

86.     As demonstrated, Meta has directly infringed and continues to directly infringe one or more claims of the '715 Patent, including at least representative claim 9, in violation of 35

---

[83] See, Exhs. 14, 15, & 18.
[84] See, Exhs. 5, 8, 16, 17, & 18.
[85] See, Exhs. 7 & 12.
[86] See, Exhs. 6, 7, & 12.
[87] See, Exhs. 14 & 15.
[88] See, Exhs. 8 & 16.

U.S.C. §§ 271(a) by, without authority, making, using, offering for sale, and/or selling the Accused Instrumentalities within the United States.

87.    Meta's infringing activities have and continue to be without authority or license under the '715 Patent.

88.    On information and belief, despite notice of the '715 Patent, Meta has and continues to infringe the '715 Patent.

89.    Gaea has and continues to suffer damages as a direct and proximate result of Meta's direct infringement of the '715 Patent.

## PRAYER FOR RELIEF

Gaea respectfully requests that the Court enter judgment in its favor and grant the following relief:

A.  A judgment that Meta infringes one or more claims of the '023 Patent, the '553 Patent, the '669 Patent, and the '715 Patent;

B.  Damages adequate to compensate Gaea for Meta's infringement, but in no event less than a reasonable royalty;

C.   Enhancements for willful infringement as permitted by law;

D.  Pre- and post-judgment interest;

E.  A permanent injunction or, in the alternative, an ongoing royalty;

F.  Attorneys' fees and costs;

G.  Any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Gaea demands a trial by jury on all issues so triable.

Dated: March 23, 2026                    Respectfully submitted,

                                         /s/ Cristofer Leffler
                                         Cristofer I. Leffler, Ca. Bar No. 208129
                                         David Schumann, CA Bar No. 223936
                                         Cliff Win, Jr., CA Bar No. 270517
                                         **FOLIO LAW GROUP PLLC**
                                         1200 Westlake Ave. N., Suite 809
                                         Seattle, WA 98109
                                         Tel: (206) 880-1802
                                         Email: cris.leffler@foliolaw.com
                                                david.schumann@foliolaw.com
                                                cliff.win@foliolaw.com

                                         /s/ Greg Love
                                         Gregory P. Love, TX Bar No. 24013060
                                         glove@cjsjlaw.com
                                         William Ellerman, TX Bar No. 24007151
                                         wellerman@cjsjlaw.com
                                         Ari Rafilson, TX Bar No. 24060456
                                         arafilson@cjsjlaw.com
                                         **CHERRY JOHNSON**
                                         **  SIEGMUND JAMES, PLLC**
                                         8140 Walnut Hill Lane, Suite 105
                                         Dallas, TX 75231
                                         Tel: (903) 212-4444

                                         *Attorneys for Plaintiff Gaea, LLC*

# Exhibit List

| | |
|---|---|
| 1 | United States Patent No. 10,776,023 |
| 2 | United States Patent No. 11,327,669 |
| 3 | United States Patent No. 11,907,553 |
| 4 | United States Patent No. 12,265,715 |
| 5 | https://cachelib.org/docs/Cache_Library_Architecture_Guide/hybrid_cache/ |
| 6 | https://blog.bytebytego.com/p/why-is-a-solid-state-drive-ssd-fast |
| 7 | https://www.sciencedirect.com/topics/computer-science/flash-translation-layer |
| 8 | https://cachelib.org/docs/Cache_Library_User_Guides/Read_data_from_cache |
| 9 | https://cachelib.org/docs/Cache_Library_User_Guides/Write_data_to_cache |
| 10 | https://cachelib.org/docs/Cache_Library_User_Guides/HybridCache/ |
| 11 | https://cachelib.org/docs/Cache_Library_Architecture_Guide/navy_overview |
| 12 | https://codecapsule.com/2014/02/12/coding-for-ssds-part-3-pages-blocks-and-the-flash-translation-layer |
| 13 | https://wiki.archlinux.org/title/Self-encrypting_drives |
| 14 | https://www.oscoo.com/news/the-commander-of-ssds-fully-understand-ssd-controllers/ |
| 15 | https://www.cactus-tech.com/resources/blog/details/solid-state-drive-primer-9-controller-architecture-controller-block-diagram/ |
| 16 | https://nvmexpress.org/wp-content/uploads/NVM-Express-Base-Specification-2.0d-2024.01.11-Ratified.pdf |
| 17 | https://nvmexpress.org/wp-content/uploads/FMS-2023-Flexible-Data-Placement-FDP-Overview.pdf |
| 18 | https://cachelib.org/docs/Cache_Library_User_Guides/FDP_enabled_Cache |
| 19 | https://cachelib.org/docs/Cache_Library_Architecture_Guide/small_object_cache |
| 20 | https://cachelib.org/docs/Cache_Library_Architecture_Guide/large_object_cache |
| 21 | https://cachelib.org/docs/Cache_Library_User_Guides/Configure_HybridCache |
| 22 | https://xnvme.io/tutorial/fdp/index.html |
| 23 | https://sedutil.com/ |